IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOEL MACCABE NOLTING ) | Case No. 20−33963−KRH |
| KAREN ASHLEY NOLTING ) | Chapter 13 |
| ) | |
| Debtors ) | |

## MOTION TO EXPEDITE HEARING ON MOTION TO SELL REAL ESTATE AND TO SHORTEN NOTICE PERIOD

COME NOW the Debtors, by counsel, and move this Court to Expedite the Hearing on their Motion to Sell Real Estate and to Shorten Notice Period, and in support thereof state as follows:

1.  The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on September 28, 2020 and their Chapter 13 Plan has been confirmed.

2.  The Debtor, Karen Ashley Nolting, is a member of a limited liability company by the name of Joy Bay, LLC ("Joy Bay"), owning a one sixth (1/6) membership interest therein.

3.  Joy Bay is the owner of real estate and improvements thereon known as 822 N. 1st Street, Hampton, VA, , more particularly described as

> ALL THAT CERTAIN OR PARCEL OF LAND WITH THE IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING, BEING AND SITUATE IN HAMPTON, VIRGINIA, DESIGNATED AS LOT 12, SECTION C, MALO BEACH SUBDIVISION, PROPERTY IDENTIFICATION NUMBER 12007579.

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

4. Joy Bay has entered into a contract ("Contract") for the sale of the Property for $525,000.00, which, upon the closing of the same, will result in proceeds to Karen Ashley Nolting of approximately $106,100.00.

5. The Property is currently subject to a first deed of trust in favor of Debtor, Karen Ashley Nolting, with an approximate balance of $22,500.00, which balance is to be paid in full with the proceeds from the sale of the Property

6. Karen Ashley Nolting is requesting that so much of the proceeds from the sale of the Property be paid to the Chapter 13 Trustee herein as to pay in full all claims under the Chapter 13 Plan at 100%.

7. On January 27, 2020, or as soon thereafter as may be practicable, Joy Bay intends to sell the Property to Wayne and Patricia Schrum in accordance with the terms of the Contract.

WHEREFORE, the Debtors respectfully request that the Court expedite the hearing on their Motion to Sell Real Estate, Shorten the Notice Period required for said Motion, and grant them such other and further relief as is just and proper.

JOEL MACCABE NOLTING  
KAREN ASHLEY NOLTING

By: /s/ James E. Kane  
Counsel

James E. Kane (VSB #30081)  
KANE & PAPA, P.C.  
1313 East Cary Street  
Richmond, VA  23219  
(804) 225-9500 (phone)  
(804) 225-9598 (fax)  
*Counsel for Debtors*

## **CERTIFICATION**

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2. I have not created the emergency through any lack of due diligence.

3. I have made a *bona fide* effort to resolve the matter without hearing.

By: ___/s/ James E. Kane_____
James E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOEL MACCABE NOLTING | ) | Case No. 20−33963−KRH |
| KAREN ASHLEY NOLTING | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## NOTICE OF MOTION AND HEARING

The above Debtors have filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to their Motion to Sell Real Estate.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **January 27, 2021 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  January 20, 2021                        JOEL MACCABE NOLTING
                                                KAREN ASHLEY NOLTING

                                                By:  /s/ James E. Kane
                                                        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

        /s/ James E. Kane
        Counsel for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 20-33963-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Jan 20 14:33:11 EST 2021 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| Amca<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | COUNTY OF HENRICO, VIRGINIA<br>ANDREW R. NEWBY, DEP. COUNTY ATTORNEY<br>P. O. BOX 90775<br>HENRICO, VIRGINIA 23273-0775 |
| Capital One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Carter Machinery Company INC<br>P O Box 3096<br>Salem, VA 24153-0618 | Cawthorn, Deskevich & Gavin<br>9701 Metropolitan Court<br>Suite C<br>Richmond, VA 23236-3694 |
| Charlottesville Bureau<br>3690 Dobleann Dr<br>Charlottesville, VA 22911-9088 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Cornerstone Credit Ser<br>3310 Arctic Blvd<br>Anchorage, AK 99503-4576 |
| County of Henrico, VA<br>PO Box 90775<br>Dept of Finance<br>Richmond, VA 23228-9775 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Creditors Collection Service<br>Attn: Bankruptcy<br>Po Box 21504<br>Roanoke, VA 24018-0152 | Esb/harley Davidson Cr<br>Po Box 21829<br>Carson City, NV 89721-1829 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 |
| Genesis Bc/Celtic Bank<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | HCA Health Services of Virgini<br>500 Hioaks Rd<br>Richmond, VA 23225-4061 | Henrico County of Dept of Tax<br>P.O. Box 90775<br>Henrico, VA 23273-0775 |
| Henrico Doctors Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Internal Revenue Service<br>Centralized Insolvency Operati<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Joshua Nuckols<br>6506 Lakevista Dr.<br>Mechanicsville, VA 23111-5343 |
| Kathleen MacCabe<br>2402 Brookmont Ct<br>Henrico, VA 23233-2501 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Natiowide Recovery Service<br>Attn: Bankruptcy<br>5655 Peachtree Parkway<br>Norcross, GA 30092-2812 |

| | | |
|---|---|---|
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | Porter Realty<br>P O Box 6482<br>Richmond, VA 23230-0482 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Radiology Assoc of Richmond<br>PO Box 13343<br>Richmond, VA 23225-0343 | Receivable Management<br>Pob 17305<br>Richmond, VA 23226-7305 | Receivable Management Inc<br>Bankruptcy Dept/Receivables Management S<br>7206 Hull Rd Ste 211<br>Richmond, VA 23235-0000 |
| Red Wing Shoes<br>8513 Midlothian Tpke<br>Richmond, VA 23235-5123 | Revenue Recovery Corp<br>612 Gay St<br>Knoxville, TN 37902-1603 | Richmond Center for Fertility<br>7603 Forest Ave Ste 301<br>Henrico, VA 23229-4937 |
| Rue and Associates<br>P O Box 640<br>Mechanicsville, VA 23111-0640 | The Rahman Group<br>3805 Cutshaw Ave.<br>Suite 307-B<br>Richmond, VA 23230-3943 | Transworld Sys Inc/51<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 |
| (p)TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM NC 27114-5132 | U S Dept Of Ed/Gsl/Atl<br>Po Box 4222<br>Iowa City, IA 52244-0000 | US Attorney<br>919 E Main St, Ste 1900<br>Richmond, VA 23219-4622 |
| Verizon<br>500 Technology Dr<br>Weldon Spring, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Vermeer Mid Atlantic<br>10501 Vermeer Place<br>Ashland, VA 23005-8046 |
| Virginia Department of Tax<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE TN 37950-0250 | Waste Management of Virginia<br>P O Box 43470<br>Phoenix, AZ 85080-3470 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Joel MacCabe Nolting<br>5510 Cedar Croft Street<br>Henrico, VA 23228-5908 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 |
| Karen Ashley Nolting<br>5510 Cedar Croft Street<br>Henrico, VA 23228-5908 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998-0000 | Focus Recrv<br>9701 Metropolitan Ct Ste<br>North Chesterfield, VA 23236-0000 | (d)Focused Recovery Solut<br>9701 Metropolitan Ct Ste<br>North Chesterfield, VA 23236-0000 |
| Phoenix Financial Serv<br>8902 Otis Ave Ste 103a<br>Indianapolis, IN 46216-0000 | Truliant Federal Cu<br>2098 Frontis Plaza Blvd<br>Winston-salem, NC 27103-0000 | (d)Truliant Federal Cu<br>PO Box 25132<br>Winston-salem, NC 27114 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909-0000 | End of Label Matrix<br>Mailable recipients   55<br>Bypassed recipients    0<br>Total                 55 | |